UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Goss International Americas, Inc.
                           Plaintiff,

v.                                          Case No.:
                                          1:05−cv−05622
                                          Honorable Blanche
                                          M. Manning

Graphic Management Associates, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: MOTION by Plaintiff Goss International Americas, Inc. to compel Gannett Co. Inc.'s Compliance with Subpoena [300] is withdrawn at plaintiff's telephonic request. Presentment date of 5/6/08 is stricken.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.